**Electronically Filed
Supreme Court
SCWC-30442
20-JUL-2012
02:31 PM**

NO. SCWC-30442

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ALBERT VILLADOS, JR., also known as ALBERTO VILLADOS, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30442; CR. NO. 08-1-0115)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
and Circuit Judge Nishimura, assigned by reason of vacancy,
with Acoba, J. dissenting separately)

Petitioner/Defendant-Appellant Albert Villados, Jr.'s application for writ of certiorari, which was electronically filed by the clerk's office on June 18, 2012, was filed more than thirty days after the filing of the ICA's January 4, 2012, judgment on appeal. The application is untimely and thus, this court lacks appellate jurisdiction. See Hawai'i Revised Statutes § 602-59(c) (Supp. 2011); Hawai'i Rules of Appellate Procedure Rule 40.1(a). Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED: Honolulu, Hawai'i, July 20, 2012.

Albert Villados, Jr.,
petitioner, pro se

Renee Ishikawa Delizo
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Rhonda A. Nishimura

